UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                                                 No. C-12-0314 EMC (pr)

STEVE CRUMP,

        Plaintiff.                                         **ORDER OF DISMISSAL**

_____/

        This action was opened on January 20, 2012, when the Court received from Steve Crump a copy of a letter he wrote to the Federal Bureau of Investigations in which he requested the FBI to investigate his treatment in custody. On that date, the Court notified Mr. Crump in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint within thirty days. Mr. Crump sent to the Court a copy of another letter he sent to the FBI, but did not file a complaint or otherwise respond to the notices sent to him. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file. No filing fee is due.

        IT IS SO ORDERED.

Dated: July 18, 2012

                                                                       EDWARD M. CHEN
                                                                       United States District Judge